IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| FLORENCE HOLLOMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | 3:15-CV-148-TCB |
| LAND HEADQUARTERS, INC., and ) | |
| SURESH CHAINANI, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

_____

**DEFENDANTS' INITIAL DISCLOSURES**
_____

**COMES NOW, Land Headquarters, Inc. (Atlanta) ("LHQ") and Suresh Chainani ("Chainani") (collectively referred to herein as "Defendants")** by and through the undersigned counsel and file *Defendants' Initial Disclosures* pursuant to Local Rule 26.1 N.D.GA., as follows:

(1) If the Defendants are improperly identified, state Defendants' correct identification and state whether Defendants will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response:

**Response**: *LHQ's proper corporate name is Land Headquarters, Inc. (Atlanta) and same has been asserted in Defendants' Answer of Defendants Land*

1

*Headquarters, Inc. (Atlanta) and Suresh Chainani and Demand for Jury Trial as a misnomer. Notwithstanding, LHQ will accept service of an amended summons and complaint.*

(2) Provide the names of any parties whom Defendants contend are necessary parties to this action, but who have not been named by Plaintiff. If Defendants contend that there is a question of misjoinder of parties, provide the reasons for Defendants' contention.

**Response**: *In addition to the misnomer as noted in Paragraph 1 above, Defendants contend that Chainani is not a proper party as Chainani is merely a co-owner of LHQ.*

(3) Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by Defendants in the responsive pleading.

**Response**: *LHQ was incorporated in July 1992 as a business engaged in buying, developing and marketing residential and commercial real estate in the State of Georgia. During its existence, LHQ employed briefly a W-2 employee in 2000 and has since employed at various times two (2) or three (3) other individuals as W-2 employees. At all times relevant to the instant action, however, Plaintiff was an independent contractor exempt from overtime compensation.*

*Defendants reserve the right to supplement this disclosure as required by Fed. R. Civ. P. 26(e).*

(4) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which Defendants contend are applicable to this action.

**Response**: *The Fair Labor Standards Act (FLSA), as amended, 29 U.S.C. § 201 et seq., and all applicable federal statutes and regulations promulgated thereunder.*

(5) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

**Response**: *See Attachment A.*

(6) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)

**Response**: *Defendants have not retained or identified any such persons at this time. By way of further response, Defendants reserve the right to supplement this disclosure as required by Fed. R. Civ. P. 26(e).*

(7) Provide a copy of, or description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

**Response**: *See Attachment C.*

(8) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed. R. Civ. P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

**Response**: *Defendants are not seeking damages at this time. By way of further response, Defendants reserve the right to supplement this disclosure as required by Fed. R. Civ. P. 26(e).*

(9) If Defendants contend that some other person or legal entity is, in whole or in part, liable to the Plaintiff or Defendants in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.

**Response**: *Defendants do not make any such contention at this time. By way of further response, Defendants reserve the right to supplement this disclosure as required by Fed. R. Civ. P. 26(e).*

(10) Attach for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

**Response**: *Defendants are not so insured. By way of further response, Defendants reserve the right to supplement this disclosure as required by Fed. R. Civ. P. 26(e).*

Respectfully submitted, this 22nd of December, 2015.

            SPIVEY, POPE, GREEN & GREER, LLC

            s/ David A. Pope
            David A. Pope
            Georgia Bar Number 583780
            Attorney for Defendants

4875 Riverside Drive, Suite 200
Post Office Box 899
Macon, Georgia 31202
Telephone (478) 254-8866
Facsimile (478) 254-8980
dpope@spgglaw.com

**ATTACHMENT A**

(1)     *Sonesh Chainani, 50 W. Mashta Drive, Ste. 1, Key Biscayne, Florida 33149, (305) 361-0740. Mr. Chainani has knowledge of Plaintiff's personnel information, work history/performance and information related to time and pay records for Plaintiff.*

(2)     *Suresh Chainani, 50 W. Mashta Drive, Ste. 1, Key Biscayne, Florida 33149, (305) 361-0740. Mr. Chainani has knowledge of Plaintiff's personnel information, work history/performance and information related to time and pay records for Plaintiff.*

(3)     *Sara Espinosa, 50 W. Mashta Drive, Ste. 1, Key Biscayne, Florida 33149, (305) 361-0740. Ms. Espinosa has knowledge of Plaintiff's personnel information, work history/performance and information related to time and pay records for Plaintiff.*

(4)     *Cheryl Gamez, 1415 W. McIntosh Road, Griffin, Georgia 30224, (770) 227-7227. Ms. Gamez has knowledge of Plaintiff's work history/performance.*

(5)     *Florence Holloman, 941 Teamon Road, Griffin, Georgia 30223, phone number unknown. Ms. Holloman is the Plaintiff in the instant action.*

*The individuals listed in numbers 1-4 may be contacted through counsel for Defendants. Defendants reserve the right to supplement this disclosure as required by Fed. R. Civ. P. 26(e).*

# ATTACHMENT C

*All pertinent documents, including electronically stored information, are located at 50 W. Mashta Drive, Ste. 1, Key Biscayne, Florida 33149, and/or 1415 W. McIntosh Road, Griffin, Georgia 30224. At this time, the category of all relevant documents, electronically stored information and tangible things required for disclosure by Defendants are primarily in the form of emails to and from Defendants and Plaintiff. By way of further response, Defendants reserve the right to supplement this disclosure as required by Fed. R. Civ. P. 26(e).*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| FLORENCE HOLLOMAN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number |
| | ) | 3:15-CV-148-TCB |
| LAND HEADQUARTERS, INC., and | ) | |
| SURESH CHAINANI, | ) | JURY TRIAL DEMANDED |
| | ) | |
|     Defendants. | ) | |

_____

## CERTIFICATE OF COUNSEL
_____

Pursuant to Local Rule 7.1 N.D.Ga., the signatory attorney certifies that this pleading complies with Local Rules 5.1(B), (D) and (E) N.D.Ga., as to paper preparation and was prepared with Times New Roman (14 point), one of the fonts and point selections approved by the Court in Local Rule 5.1(C) N.D.Ga.

This 22nd day of December, 2015.

[Signature to follow on next page.]

SPIVEY, POPE, GREEN & GREER, LLC


s/ David A. Pope
David A. Pope
Georgia Bar Number 583780
Attorney for Defendants

4875 Riverside Drive, Suite 200
Post Office Box 899
Macon, Georgia 31202
Telephone (478) 254-8866
Facsimile (478) 254-8980
dpope@spgglaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| FLORENCE HOLLOMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | 3:15-CV-148-TCB |
| LAND HEADQUARTERS, INC., and ) | |
| SURESH CHAINANI, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

_____

## CERTIFICATE OF SERVICE
_____

I HEREBY CERTIFY that I am counsel for Defendants and that I have on this day served the foregoing *DEFENDANTS' INITIAL DISCLOSURES* upon all parties with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

Regan E. Keebaugh
Radford & Keebaugh, LLC
315 W. Ponce de Leon Avenue
Suite 1080
Decatur, Georgia 30030

[Signature to follow on next page.]

Respectfully submitted, this 22nd of December, 2015.

            SPIVEY, POPE, GREEN & GREER, LLC

            s/ David A. Pope
            David A. Pope
            Georgia Bar Number 583780
            Attorney for Defendants

4875 Riverside Drive, Suite 200
Post Office Box 899
Macon, Georgia 31202
Telephone (478) 254-8866
Facsimile (478) 254-8980
dpope@spgglaw.com