IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| FLORENCE HOLLOMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAND HEADQUARTERS, INC., ) <br> and SURESH CHAINANI, ) <br> ) <br> Defendants. ) | **Civil Action File Number** <br> **3:15-CV-148-TCB** |

## ORDER APPROVING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND SETTLEMENT AGREEMENT AND RELEASE

This matter is before the Court upon the parties' Joint Motion for Approval of Settlement for the approval of the parties' compromise of Plaintiff's claims under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 et seq., as amended (the "FLSA").

There are two ways in which claims raised under the FLSA may be settled and released by employees. First, 29 U.S.C. § 216(c) allows employees to settle and waive their claims under the FLSA if the employer makes full payment of back wages to the employee under the supervision of the Secretary of Labor. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982). Second, where an

alleged employee asserts claims against an alleged employer in a private lawsuit for back wages under 29 U.S.C. § 216(b), the plaintiff may settle and release the FLSA claims if the parties present the district court with a proposed settlement and the district court enters a stipulated judgment after scrutinizing the settlement for fairness. Id. at 1353.

The Court has reviewed the parties' Joint Motion for Approval of Settlement and Settlement Agreement and Release submitted therewith. The Court is of the opinion that there is a bona fide dispute over application of the relevant provisions of the FLSA. In light of this legitimate dispute, the Court is of the opinion that the parties' Settlement Agreement and Release reflects a fair and reasonable resolution of Plaintiff's FLSA claims. Moreover, the Court finds that the amount of the settlement is fair, given the allegations in the complaint as to the agreed-upon wage and the period of employment.

WHEREFORE, it is hereby **ORDERED** that:

The parties' Joint Motion for Approval of Settlement is **GRANTED**.

The Court **APPROVES** the form of the Settlement Agreement and Release.

The matter is hereby **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close the case.

IT IS SO ORDERED and DIRECTED, this the  16th  day of ____June____, 2016.

_____
TIMOTHY C. BATTEN, SR.
U.S. DISTRICT COURT JUDGE